| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  MOSS, RANDOLPH D. | 2. Court or Organization  U.S DISTRICT COURT, DISTRICT OF COLUMBIA | 3. Date of Report  07/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  UNITED STATES DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE, NORTHWEST
WASHINGTON, D.C. 20001

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | LIMITED PARTNER | SC FUNDAMENTAL PARTNERSHIP |
| 2. | ADVISOR | AMERICAN LAW INSTITUTE |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YALE LAW SCHOOL | APRIL 2018 | NEW HAVEN, CT | MOOT COURT COMPETITION AND PRESENTATION | TRAVEL, LODGING AND FOOD |
| 2. | RUTH SHABER | SEPTEMBER 2018 | NEW JERSEY | ATTEND A WEDDING | FOOD AND LODGING |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CHASE | CREDIT CARD OUTSTANDING BALANCE AS OF 12/31/2018 | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY JOINT BROKERAGE ACCT. #1 | | | | | | | | | |
| 2. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | A | Interest | J | T | Buy | 06/26/18 | J | | |
| 3. FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | J | T | | | | | |
| 4. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | C | Interest | | | Buy (add'l) | 04/04/18 | J | | |
| 5. FIDELITY INSTITUTIONAL CASH PREFERRED MONEY MARKET CLASS I (FMPXX) | | | | | Sold | 04/13/18 | K | | |
| 6. BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | D | Dividend | | | | | | | |
| 7. DEUTSCHE INTERMEDIATE TAX/AMT FREE FUND | D | Dividend | | | | | | | |
| 8. EXXON MOBIL CORP COMMON STOCK | | None | | | | | | | |
| 9. FIDELITY CONTRAFUND | D | Dividend | | | | | | | |
| 10. FIDELITY TOTAL MARKET INDEX (FSKAX, FORMERLY FSTVX) | C | Dividend | | | | | | | |
| 11. FIDELITY 500 INDEX FUND (FXAIX, FORMERLY FUSVX) | C | Dividend | | | | | | | |
| 12. GLENMEDE LARGE CAP CORE FUND | B | Dividend | | | | | | | |
| 13. SPDR S&P 400 ETF | A | Dividend | | | | | | | |
| 14. SPDR TR UNIT SER 1 ETF | B | Dividend | | | | | | | |
| 15. VANGUARD 500 INDEX FUND | B | Dividend | | | | | | | |
| 16. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | D | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VANGUARD LIMITED TERM TAX EXEMPT FUND | A | Dividend | | | | | | | |
| 18. | | | | | | | | | |
| 19. FIDELITY HUSBAND REVOCABLE TRUST ACCOUNT | | | | | | | | | |
| 20. FIDELITY CASH ACCOUNT | A | Interest | J | T | | | | | |
| 21. FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | B | Interest | N | T | Buy | 05/10/18 | L | | |
| 22. FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | | | | | Buy (add'l) | 05/11/18 | M | | |
| 23. FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | | | | | Buy (add'l) | 05/14/18 | M | | |
| 24. FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | | | | | Sold (part) | 10/04/18 | K | | |
| 25. FIDELITY TREASURY MONEY MARKET (FZFXX) | A | Interest | K | T | | | | | |
| 26. VANGUARD INTERMEDIATE TERM TAX EXEMPT FUND | E | Dividend | O | T | Sold (part) | 05/09/18 | M | | |
| 27. SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | D | Dividend | P1 | T | Buy | 10/15/18 | P1 | | |
| 28. FIDELITY 500 INDEX FUND (FXAIX, FORMERLY FUSVX) | E | Dividend | O | T | | | | | |
| 29. FIDELITY TOTAL MARKET INDEX FUND (FSKAX, FORMERLY FSTVX) | E | Dividend | P1 | T | | | | | |
| 30. SPDR TR UNIT SER 1 ETF | D | Dividend | O | T | | | | | |
| 31. DEUTSCHE INTERMEDIATE TAX/AMT FREE FUND | E | Dividend | | | Sold (part) | 05/09/18 | M | | |
| 32. DEUTSCHE INTERMEDIATE TAX/AMT FREE FUND | | | | | Sold | 10/09/18 | P1 | | |
| 33. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. FIDELITY WIFE REVOCABLE TRUST ACCOUNT | | | | | | | | | |
| 35. FIDELITY CASH ACCOUNT | A | Interest | J | T | | | | | |
| 36. FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | B | Interest | O | T | Buy | 06/26/18 | N | | |
| 37. FIDELITY TAX EXEMPT MONEY MARKET PREMIUM CLASS (FZEXX) | | | | | Buy (add'l) | 11/09/18 | M | | |
| 38. FIDELITY TREASURY MONEY MARKET (FZFXX) | C | Interest | J | T | | | | | |
| 39. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | C | Interest | | | Buy | 06/26/18 | N | | |
| 40. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | | | | | Sold (part) | 10/04/18 | K | | |
| 41. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | | | | | Sold | 10/26/18 | O | | |
| 42. BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | E | Dividend | P1 | T | | | | | |
| 43. VANGUARD LIMITED TERM TAX EXEMPT FUND | A | Dividend | K | T | | | | | |
| 44. SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | C | Dividend | O | T | Buy | 10/26/18 | O | | |
| 45. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 46. FIDELITY CONTRAFUND | E | Dividend | N | T | | | | | |
| 47. FIDELITY LOW PRICED STOCK FUND | F | Dividend | O | T | | | | | |
| 48. GLENMEDE LARGE CAP CORE FUND | F | Dividend | O | T | | | | | |
| 49. ISHARES RUSSELL 1000 VALUE ETF | B | Dividend | M | T | Buy | 12/03/18 | N | | |
| 50. SPDR S&P 400 ETF | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. VANGUARD 500 INDEX FUND | C | Dividend | N | T | | | | | |
| 52. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | | | Sold | 10/23/18 | M | C | |
| 53. BBH CORE SELECT FUND | | None | | | Sold | 11/30/18 | M | D | |
| 54. | | | | | | | | | |
| 55. FIDELITY IRA ROLLOVER - #1 | | | | | | | | | |
| 56. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 57. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | A | Interest | J | T | Buy (add'l) | 12/26/18 | J | | |
| 58. FIDELITY LOW PRICED STOCK FUND | A | Dividend | J | T | | | | | |
| 59. FIDELITY 500 INDEX FUND (FXAIX, FORMERLY FUSVX) | A | Dividend | J | T | | | | | |
| 60. BLACKROCK GLOBAL ALLOCATION FUND | A | Dividend | | | Sold | 10/23/18 | J | | |
| 61. | | | | | | | | | |
| 62. FIDELITY IRA ROLLOVER #2 | | | | | | | | | |
| 63. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 64. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | D | Interest | M | T | Buy | 02/14/18 | O | | |
| 65. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | | | | | Buy (add'l) | 02/28/18 | N | | |
| 66. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | | | | | Sold (part) | 10/26/18 | N | | |
| 67. FIDELITY MONEY MARKET PREMIUM CLASS (FZDXX) | | | | | Buy (add'l) | 12/26/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. BLACKROCK MUNICIPAL STRATEGIC OPPORTUNITIES FUND | E | Dividend | O | T | Buy | 02/16/18 | N | | |
| 69. SPDR BLOOMBERG BARCLAYS 1-3 MONTH T-BILL ETF | B | Dividend | N | T | Buy | 10/26/18 | N | | |
| 70. FIDELITY CONTRAFUND | D | Dividend | M | T | | | | | |
| 71. FIDELITY LOW PRICED STOCK FUND | B | Dividend | J | T | | | | | |
| 72. FIDELITY 500 INDEX FUND (FXAIX, FORMERLY FUSVX) | D | Dividend | N | T | | | | | |
| 73. FIDELITY TOTAL MARKET INDEX (FSKAX, FORMERLY FSTVX) | D | Dividend | N | T | | | | | |
| 74. ISHARES CORE S&P TOTAL US STOCK MARKET ETF | B | Dividend | M | T | Buy | 10/24/18 | M | | |
| 75. ISHARES RUSSELL 1000 VALUE ETF | B | Dividend | M | T | Buy | 12/03/18 | M | | |
| 76. ISHARES S&P MIDCAP 400 | B | Dividend | M | T | | | | | |
| 77. ISHARES TR IBOXX INV CPBD ETF | C | Dividend | | | Sold | 02/14/18 | O | | |
| 78. BLACKROCK GLOBAL ALLOCATION FUND | B | Dividend | | | Sold | 10/23/18 | N | | |
| 79. BBH CORE SELECT FUND | | None | | | Sold | 11/30/18 | M | | |
| 80. | | | | | | | | | |
| 81. IBM COMMON STOCK | A | Dividend | K | T | | | | | |
| 82. CHEVRON COMMON STOCK | A | Dividend | J | T | | | | | |
| 83. UTAH EDUCATIONAL SAVINGS PLAN #1 | A | Dividend | | | Distributed | 12/17/18 | K | | |
| 84. UTAH EDUCATIONAL SAVINGS PLAN #2 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. COLLEGE SAVINGS PLAN OF MARYLAND #1 - PORTFOLIO FOR COLLEGE | B | Int./Div. | K | T | | | | | |
| 86. COLLEGE SAVINGS PLAN OF MARYLAND #2 - PORTFOLIO FOR COLLEGE | B | Int./Div. | K | T | | | | | |
| 87. CITIBANK CASH ACCOUNTS | A | Interest | N | T | | | | | |
| 88. SC FUNDAMENTAL PARTNERSHIP | A | Int./Div. | J | U | | | | | |
| 89. NEWMONT MINING CORPORATION COMMON STOCK | A | Dividend | J | T | | | | | |
| 90. SOURCE CAPITAL INC. COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSS, RANDOLPH D. | 07/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 1-17: On 4/13/2018 the assets held in the Fidelity Joint Brokerage Account were divided and transferred into 2 new accounts, listed as Fidelity Husband Revocable Trust Account (Line 19) and Fidelity Wife Revocable Trust Account (Line 34). Income generated from the beginning of the reporting period through the date of transfer has been listed in lines 1-17. Income generated post transfer date is listed under each respective Revocable Trust Account.

Part VII, Line 83: The Utah Educational Savings #1 Account was fully distributed on 12/17/2018 and the account was closed prior to the end of 2018.

Part VII, Lines 85 and 86:
We have marked "B" in column B1 for income during the reporting period for these entries. These two entries are 529 plans from which no reportable income information was recieved by filer in 2018. Based on the published asset allocation for these plans (listed below) it is likely that there was some amount of interest and dividends paid by the underlying fund holdings. Filer has estimated this amount to be within the Category B income level ($1,001 - $2,500) based on the size of the 529 plans at year end.
Both plans are invested in the "Portfolio for College" allocation which held the following T. Rowe Price investments as of 6/30/2018:
 Equity Index 500 Fund: 14.83%
 International Stock Fund: .67%
 International Value Equity Fund: .70%
 US Treasury Money Fund : 1.0%
 Overseas Stock Fund: .74%
 Real Assets Fund: .42%
 Short Term Bond Fund: 41.5%
 Ltd Duration Inflation Focused Bond Fund: 40.00%

Part VII: Lines 71, 72 and 73 of filer's 2017 Amended disclosure report listed rental income from real property held in trust of which filer was a trustee. Filer is no longer a trustee of these trusts and the property data has been removed from this 2018 report.

Part VII: Line 74 of filer's 2017 Amended disclosure report listed a Virginia parcel of real property that had rental income in 2017. This property was not held for the production of income nor did it have rental income in 2018 and is not listed on this 2018 report per the Part VII instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ RANDOLPH D. MOSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544